Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.


JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
RENNE PUBLIC LAW GROUP®
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
San Francisco Housing Authority

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, a Public Entity,<br><br>Defendant. | Case No. 3:17-cv-02541 JCS<br><br>**STIPULATION FOR THE COURT TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

## STIPULATION

This Stipulation is entered into by and between Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. ("Plaintiffs") by and through their attorneys of record, and Defendant San Francisco Housing Authority, ("Defendant") by and through its attorney of record,

1

**STIPULATION FOR THE COURT TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE**
**Case No. 3:17-cv-02541 JCS**

(collectively, the "Parties"). This Stipulation is entered into pursuant to a settlement agreement between the Parties, executed in November 2018. The Parties hereby agree and stipulate as follows:

1. Plaintiffs' Complaint filed in this action shall be dismissed with prejudice.

DATED: December 21, 2018

SALTZMAN & JOHNSON LAW CORPORATION

/S/
Matthew P. Minser
Attorneys for Plaintiffs District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

DATED: December 21, 2018

RENNE PUBLIC LAW GROUP®

/S/
Jonathan V. Holtzman
Attorneys for Defendant
San Francisco Housing Authority

Dated: December 27, 2018

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
**STIPULATION FOR THE COURT TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE**
**Case No. 3:17-cv-02541 JCS**

P:\CLIENTS\PATCL\S F Housing Authority\Pleadings\Stipulation re Dismissal.docx